## GOEPINGER v. RINGLAND.

1. **Real Estate:** ACTION AT LAW TO RECOVER: LEGAL TITLE PREVAILS. In an action at law for the recovery of the possession of real estate, where no equitable defense is pleaded, the legal title must prevail.

*Appeal from Boone District Court.*

FRIDAY, OCTOBER 19.

ACTION at law to recover possession of real estate. The defendant pleaded that he was in possession of the premises;

Goepinger v. Ringland.

and had been for more than ten years, and that John I. Blair owned the real estate in controversy, and sold the same to Fuller, to whom a contract was given, whereby Blair agreed to convey to Fuller upon the payment of the purchase-money; and that Fuller had assigned the contract to defendant. The court directed the jury to find for the defendant, and plaintiffs appeal.

*N. D. Parkhurst*, for appellant.

*Hull & Whitaker*, for appellee.

SEEVERS, J.—The undisputed evidence shows the plaintiffs to be the owners of the legal title to the real estate in controversy. No equitable defense was pleaded. In an action at law, the legal title must prevail, and the court erred in directing the jury to find for the defendant. *Page v. Cole*, 6 Iowa, 153; *Pendergast v. B. & M. R. R. Co.*, 53 Id., 326.

The court must, we think, have made the erroneous ruling because of the prominence give on the trial to the question of forfeiture, and whether the same had been waived. We regard these questions as immaterial, in the absence of an equitable defense having been pleaded. The defense of the statute of limitations is not insisted on in argument.

REVERSED.